UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORLANDO GUZMAN,<br><br>    Plaintiff,<br>  v.<br>WASHOE COUNTY,<br><br>    Defendants. | Case No. 3:25-cv-00008-MMD-CLB<br><br>ORDER |

Pro se Plaintiff Orlando Guzman attempts to sue Washoe County because the presiding judge scheduled a status conference in his state criminal case before the preliminary hearing he alleges he is entitled to under Nevada state law. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin (ECF No. 3), recommending the Court deny Guzman's application to proceed *in forma pauperis* ("IFP Application") as moot after dismissing his Complaint under the *Younger*[1] abstention doctrine. To date, no objections to the R&R have been filed. For this reason, and as further explained below, the Court will adopt the R&R in full.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Baldwin explains that Guzman appears to ask the Court to intervene in his ongoing state criminal case in his Complaint. (ECF No. 3 at 3-4.) Judge Baldwin accordingly analyzes the *Younger* abstention factors and concludes they weigh in favor of abstention in this case. (*Id.* at 4.) Having reviewed the R&R, Judge Baldwin did not clearly err.

---
[1] *Younger v. Harris*, 401 U.S. 37 (1971).

---


It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed, in its entirety, without prejudice but without leave to amend.

It is further ordered that Plaintiff's IFP application (ECF No. 1) is denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 10th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE